JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DECKERS OUTDOOR CORPORATION, a Delaware Corporation,

Plaintiff,

v.

FASHION NOVA, LLC., a California Limited Liability Company; NOVA FASHION, INC., a California Corporation; and DOES 1-10, inclusive,

Defendants.

CASE NO.: 2:25-cv-04214-SVW-JC

**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION INCLUDING COUNTERRCLAIMS**

**Hon. Stephen V. Wilson**

1

Based upon the stipulation of the Parties and their showing of good cause, IT IS HEREBY ORDERED that:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants Fashion Nova, LLC and Nova Fashion, Inc. ("Defendants"), is hereby DISMISSED **with prejudice** from the above-captioned action, including all Counterclaims asserted by Defendants against Plaintiff in Dkt. No. 30. Plaintiff and Defendants shall each bear its own attorneys' fees, costs, and expenses incurred in connection with this Action.

DATED: January 21, 2026                    By:_____

Hon. Stephen V. Wilson
United States District Judge